JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETTI GARVER, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO INSURANCE, INC., a Minnesota corporation, WELLS FARGO BANK, N.A., UNION FIDELITY LIFE INSURANCE COMPANY, an Illinois corporation, DIRECT RESPONSE INSURANCE ADMINISTRATIVE SERVICES, INC., a Minnesota corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 5:14-cv-00725<br><br>*Assigned to the Honorable Manuel L. Real*<br><br>**ORDER RE DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br><br>Complaint Filed: February 7, 2014<br>Trial Date:   None Set |

1

**ORDER**

Good cause appearing hereon, IT IS HEREBY ORDERED THAT the above-captioned action is hereby dismissed with prejudice in accordance with the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) stipulation by and between Plaintiff Plaintiff Setti Garver, and Defendants Wells Fargo Insurance, Inc., Wells Fargo Bank, N.A., Union Fidelity Life Insurance Company, Direct Response Insurance Administrative Services, Inc., filed with this Court on May 13, 2014.

Dated: May 13, 2014

_____
Hon. Manuel L. Real
UNITED STATES DISTRICT JUDGE

1